**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**MARK ANTHONY TOLBERT, JR.,**

    **Plaintiff,**

**v.**                            **CASE NO. 3:18cv2190-MCR-CJK**

**NURSE KELLY, CORIZON CORP.,**
**MS. NEALE, R. DIXON,**
**SECRETARY OF THE FLORIDA**
**DEPARTMENT OF CORRECTIONS,**
**OFFICER SHAW, and SERGEANT**
**MONTIEL,**

    **Defendants.**
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 8, 2019. ECF No. 8. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3.      The Clerk shall close the file.

**DONE AND ORDERED** this 18th day of March 2019.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:18cv2190-MCR-CJK